IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01428-MSK-MEH

WILLIAM K. DAIL,

Plaintiff(s),

v.

R. WILEY, Warden;

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2006.**

  For good cause shown, the Unopposed Motion to Set Deadline to Respond to the Complaint [Filed December 18, 2006; Docket #19] is **granted**.  The Defendant shall have until and including December 26, 2006, in which to respond to the Complaint.