IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01428-MSK-MEH

WILLIAM K. DAIL,

Plaintiff(s),

v.

R. WILEY, Warden;

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 22, 2006.**

  For good cause shown, the Plaintiff's Motion to Amend [Filed January 19, 2007; Docket #24] is **granted** in part and **denied** in part. The record is supplemented to include the Affidavit provided by the Plaintiff with the current motion. The "book cover" which he indicates was attached to the motion was not received, and therefore, will not be included in the record.