IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01428-MSK-MEH

WILLIAM K. DAIL,

Plaintiff(s),

v.

R. WILEY, Warden;

Defendant(s).

## ORDER SETTLING SCHEDULE

**ORDER ENTERED BY U.S. MAGISTRATE JUDGE MICHAEL E. HEGARTY**
**Dated: February 15, 2007**

The Court held a telephonic Preliminary Scheduling/Status Conference on February 1, 2007, and the following deadlines were set:

| | | |
|---|---|---|
| ! | Discovery Cutoff: | May 19, 2007 |
| ! | Dispositive Motion Deadline: | June 19, 2007 |
| ! | Expert Witness Disclosure: | April 15, 2007 |
| ! | Rebuttal Expert Witness Disclosure: | May 7, 2007 |
| ! | Amend Pleadings/Add Parties | April 4, 2007 |

The parties shall be limited to the Plaintiff's depositions, 10 interrogatories, 10 requests for production of documents, and 10 requests for admission each side.

A Final Pretrial Conference will be held by the District Judge assigned to this case, who will set the matter when appropriate.