IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01428-MSK-MEH

WILLIAM K. DAIL,

Plaintiff(s),

v.

R. WILEY, Warden;

Defendant(s).

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2007.**

    For good cause shown, the Plaintiff's Motion to Amend [Filed February 8, 2007; Docket #27] is **granted**. The record is supplemented to include the "true copy" of the bookcover of "The 48 Laws of Power" which Plaintiff attached to the motion.