IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01428-MSK-MEH

WILLIAM K. DAIL,

Plaintiff(s),

v.

R. WILEY, Warden;

Defendant(s).

## ORDER GRANTING LEAVE TO TAKE DEPOSITION

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before me is the Defendant's Motion for Leave to Take Deposition of Plaintiff, filed on May 9, 2007 (Docket #34). Pursuant to Rule 30(a)(2) Fed.R.Civ.P., leave of court must be obtained if the person to be examined during the deposition is confined in prison. In this case, Plaintiff is incarcerated at the Administrative Maximum Security Penitentiary at the Federal Bureau of Prisons facility in Florence, Colorado.

Based upon a review of the record herein, the Court finds that the discovery sought by the Defendant through Plaintiff's deposition is necessary and appropriate to the case. Therefore, cause has been shown for the granting of the motion and any limitations under Rule 26(b)(2) Fed.R.Civ.P. would not apply. Further, the ends of justice would be served by the scheduling of such a deposition at the earliest possible date.

Accordingly, it is **ORDERED** that Defendant's Motion for Leave to Take Deposition of Plaintiff [Filed May 9, 2007; Docket #34] is **granted**. Defendant has permission to take the deposition of the Plaintiff as soon as the same can be scheduled. The deposition is subject to the

limitations of Rule 30(d) and further subject to all rules and regulations which Plaintiff's place of incarceration may impose in connection with its accommodation of deposition.

Dated at Denver, Colorado, this 10th day of May, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge