IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01428-MSK-MEH

WILLIAM K. DAIL,

    Plaintiff,

v.

R. WILEY, Warden;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 11, 2007.**

    Plaintiff's Motion to Amend [Filed June 8, 2007; Docket #43] is **granted**. The record is supplemented to include the "true copy" of the sworn affidavit from inmate Kevin Williams, which Plaintiff attached to the Motion.